**Order entered November 15, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00405-CR

**SRIHARI AVULA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80285-2012**

## ORDER

The Court **REINSTATES** the appeal.

On October 31, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. The Court now has before it appellant's November 13, 2013 motion to substitute counsel and to extend time to file his brief. In the motion, appellant states that when he learned his brief had not been filed, he questioned retained counsel about it. When he did not receive a satisfactory answer, appellant retained new counsel to represent him. In light of this information, we conclude findings are not necessary at this time and **VACATE** the October 31, 2013 order requiring findings.

We **GRANT** the November 13, 2013 motion to substitute counsel. We **DIRECT** the Clerk to substitute Jon Haslett as appellant's retained counsel in place of Deric King Walpole.

We note that our October 31, 2013 order informed the trial court that the certification of appellant's right to appeal contained in the clerk's record is signed by appellant's attorney, but is not signed by either appellant or the trial court. Texas Rule of Appellate Procedure 25.2 requires the trial court to prepare a certification of the right to appeal in every case in which a defendant is appealing. *See* TEX. R. APP. P. 25.2(a), (d), *Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013). The Court has not received a certification of appellant's right to appeal that complies with rule 25.2.

Accordingly, we **ORDER** the trial court to prepare a certification of appellant's right to appeal that accurately reflects the trial court proceedings and to file the certification with this Court within **FIFTEEN DAYS** of the date of this order.

We **GRANT** appellant's motion to extend time to file his brief and **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE